Josh M. Snell, Bar #021602
Nicole M. Prefontaine, Bar #035543
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1790
Fax: (602) 200-7815
jsnell@jshfirm.com
nprefontaine@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant 99 Cents Only
Stores, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Troutz-Sumpter,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>99 Cents Only Stores, LLC,<br><br>　　　　　　　Defendant. | NO. _____<br><br>**NOTICE OF REMOVAL** |

Defendant, 99 Cents Only Stores, LLC, by and through undersigned counsel, file this Notice of Removal of this Action to the United States District Court for the District of Arizona and states as follows:

1. This Action was commenced against Defendant in the Superior Court of the State of Arizona, in and for the County of Pinal, under the caption *Melissa Troutz-Sumpter, Plaintiff v. 99 Cents Only Stores, LLC, a California Limited Liability Corporation; John Does I-X; Jane Does I-X; ABC-XYZ Corporations I-X; Black and White Partnerships; and/or Sole Proprietorships I-X, jointly and severally, Defendants*, docket number S1100CV202000563. A copy of the initial pleadings are attached hereto as Exhibit A.

2. The Complaint was filed on April 15, 2020.

8412274.1

3. A copy of the Complaint was served on Defendant's statutory agent, CT Corporation System, on April 20, 2020.

4. Defendant is a California Corporation with its principal place of business in California. Defendant 99 Cents Only Stores' "nerve center" is also in California.

5. In their Complaint, Plaintiff stated that she is "a resident of the County of Pinal, State of Arizona." *See* Exhibit A at ¶ 2.

6. According to Plaintiff's counsel, Plaintiff has accrued medical specials in excess of $90,000, and the case is valued in excess of $90,000. *See* Exhibit B, email from Theodore Horowitz.

7. The United States District Court for the District of Arizona is the Court embracing the place wherein such action is pending in state court.

8. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332(a)(2) in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between a citizen of a State and a citizen of a foreign state. Based these allegations and those contained in the Complaint, this Action may be removed to this Court pursuant to the provisions in 28 U.S.C. § 1441(a).

9. This Notice of Removal is being filed within 30 days after the Service of the Complaint.

10. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of Superior Court of the State of Arizona, in and for the County of Pinal.

11. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit C.

WHEREFORE, Defendant respectfully requests that this Action be removed to this Court.

DATED this 20th day of May 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Josh M. Snell
Nicole M. Prefontaine
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant 99 Cents Only Stores, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Theodore M. Horowitz
Michelle Arrington
KOGLMEIER LAW GROUP, P.L.C.
1930 East Brown Road, Suite 101
Mesa, Arizona 85203
theodore@klgazlaw.com
michelle@klgazlaw.com
T: (480) 962-7200
Attorneys for Plaintiff


*/s/Rachel Barajas*