# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Troutz-Sumpter,<br><br>　　　　Plaintiff,<br><br>v.<br><br>99 Cents Only Stores LLC, et al.,<br><br>　　　　Defendants. | No. CV-20-00990-PHX-GMS<br><br>**ORDER** |

　　　Pending before the Court is the Stipulation to Dismiss with Prejudice (Doc. 16) filed by Plaintiff Melissa Troutz-Sumpter and Defendant VTA, Ltd.  Accordingly,

　　　**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 16). Plaintiff's claims against Defendant VTA, Ltd. are dismissed with prejudice; each party to bear its own attorneys' fees and costs.

　　　Dated this 11th day of September, 2020.

_____
G. Murray Snow
Chief United States District Judge